IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 11-CR-30108-DRH |
| ) | |
| RICHARD J. KLEMIS, ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR PAYMENT OF**
**<u>INTERIM ATTORNEY'S FEES AND EXPENSES</u>**

Now comes the undersigned, WILLIAM D. STIEHL, JR., Court-appointed attorney for the Defendant, RICHARD J. KLEMIS, and prays this Honorable Court to enter an order permitting payment of interim attorney's fees and expenses from CJA funds and for reason states:

1. The undersigned is the Court-appointed attorney representing the Defendant, RICHARD J. KLEMIS.

2. Defendant has been charged with Conspiracy to Distribute and Possess with Intent to Distribute Heroin, Distribution of a Controlled Substance resulting in the death of the person to whom the controlled substance was allegedly distributed, Distribution of a Controlled Substance to a person who sustained serious bodily injury as a result of the use of the controlled substance, Use of a Person Under 18 Years of Age in a Drug Operation, four additional counts of Distribution of Controlled Substance to a Person Under the Age of 21, and Possession of a Controlled Substance.

1

3.   Defendant's attorney has received in excess of 4000 pages in discovery, as well as numerous DVD's containing recorded conversations and interviews, all of which has had to be reviewed, organized, and analyzed in preparation for trial.

4.   Defendant is currently housed in the Marion County, Illinois, Jail, which necessitates traveling three hours round trip for the undersigned to confer with the Defendant.

5.   This matter is set for trial beginning January 26, 2015, and the undersigned has been advised that the Government anticipates that presentation of its case may take approximately two weeks.

6.   The undersigned anticipates devoting the vast majority of his time the remainder of December and January in preparation for this trial.

7.   The undersigned is a sole practitioner, and the amount of time necessary to devote to the preparation and trial of this case has created and will continue to create a substantial economic hardship for the undersigned if he is required to wait until the end of trial, or if Defendant is convicted, until Defendant is sentenced, to present a voucher for payment.

WHEREFORE, the undersigned prays this Honorable Court to enter an Order permitting him to submit his voucher for interim payment of attorney's fees as follows:

A.   The first voucher to be submitted by January 5, 2015, for all time expended and expenses through December 31, 2014;

B.   A second voucher for interim payment to be submitted by February 5, 2015, for the time expended through January 31, 2015;

C.   A third interim voucher to be submitted by March 5, 2015, for attorney's fees and expenses through the end of February, 2015;

D.   A final voucher, if necessary, to be submitted after sentencing.

        /s/    William D. Stiehl, Jr.
WILLIAM D. STIEHL, JR. - #2736209
Attorney for Defendant, Richard J. Klemis
2 Park Place Professional Centre
Belleville, IL 62226
618-234-9900

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing Motion for Payment of Interim Attorney's Fees and Expenses was served upon Robert L. Garrison, Assistant U.S. Attorney, Office of the United States Attorney, Nine Executive Drive, Suite 300, Fairview Heights, IL 62208, attorney of record for Plaintiff, through the electronic case filing system of the U.S. District Court for the Southern District of Illinois, this 19th day of December, 2014.

        /s/ William D. Stiehl, Jr.
WILLIAM D. STIEHL, JR.